UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS, aka KENNETH WAYNE MILLS, | ) Case No. CV 09-9370-CBM(RC) ) ) |
| Petitioner, | ) ) |
| vs. | ) JUDGMENT ) |
| ELEANOR SCHNIER, | ) ) |
| Respondent. | ) ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: 1/7/2010

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-9370.jud
12/23/09